IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CALIP J. FARMER,

     Plaintiff,

v.

                          2:25-CV-156-Z-BR

CHRISOPHER FORBIS, *et al.*,

     Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case under 28 U.S.C. Section 1915(e)(2)(B). ECF No. 9. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. ECF No. 9. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this case is **DISMISSED WITH PREJUDICE**.

     **SO ORDERED.**

June 5, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE